BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Ira Bibbero (State Bar No. 217518)
  ibibbero@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Sharp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARP CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>HISENSE CO., LTD.; HISENSE USA CORPORATION; HISENSE ELECTRIC CO., LTD; HISENSE USA MULTIMEDIA R&D CENTER, INC.; and HISENSE INTERNATIONAL (HONG KONG) AMERICA INVESTMENT CO., LTD.,<br><br>Defendants. | Case No. 17-CV-3341-YGR<br>The Hon. Yvonne Gonzalez Rogers<br>ORDER GRANTING DISMISSAL PURSUANT TO **NOTICE OF DISMISSAL OF ACTION PURSUANT TO RULE 41(A)**<br><br>Trial Date: None Set |

TO THE COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Sharp Corporation hereby gives notice that the above-titled action is dismissed as to all defendants who have not heretofore been dismissed.

DATED: December 22, 2017      BROWNE GEORGE ROSS LLP
                                        Eric M. George
                                        Ira Bibbero

By:     /s/ Ira Bibbero
            Ira Bibbero
Attorneys for Plaintiff Sharp Corporation

Dated: January 3, 2018



981216.1            -1-            Case No. 17-CV-3341-YGR
Notice of Dismissal of Action Pursuant to Rule 41(a)